# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FRAN M. KEATON**                                                  **PLAINTIFF**

**VS.**                                **NO.  4:07CV000634**

**PROPERTY & CASUALTY INSURANCE**
**COMPANY OF HARTFORD, TODD ALMOND,**
**AND JOHN DOE COMPANY**                             **DEFENDANTS**

## ORDER

Pending is the parties joint motion to dismiss Todd Almond and John Doe Company. (Docket # 16).  For good cause shown, the motion is GRANTED.  Separate Defendants Todd Almond and John Doe Company are hereby dismissed without prejudice.

IT IS SO ORDERED this 18th day of March, 2008.

                                                           James M. Moody
                                                           United States District Judge