**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**FRAN M. KEATON**                                                                                             **PLAINTIFF**

**v.**                                            **CASE NO.: 4:07-CV-00634-BSM**

**PROPERTY & CASUALTY INS.**
**COMPANY OF HARTFORD**                                                                 **DEFENDANT**

## AGREED PROTECTIVE ORDER

To provide adequate protection for proprietary material and personal material entitled to be kept confidential and to ensure that protection is afforded only to material so entitled, on the joint motion and stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. **Confidential Information.** All documents produced by Hartford in discovery shall be considered "Confidential Information," whether or not they are stamped or otherwise specifically designated as such. No Confidential Information shall be used for any purpose other than in connection with this case and any appeals arising therefrom. No Confidential Information shall be disclosed to any other person, party, entity, agency, print or electronic media, or anyone outside this proceeding for any purpose.

2. **Use of Confidential Information.** Confidential Information shall be used only in connection with these proceedings and any appeals arising therefrom. No Confidential Information shall be used for any purpose other than in connection with this case and any appeals arising therefrom. No Confidential Information shall be disclosed to any other person, party, entity, agency, print, or electronic media, or anyone outside this proceeding for any purpose.

3. **Filing Confidential Information.** The Court will determine on a case-by-case basis whether information designated as "Confidential" or "Subject to Protective Order" shall be filed under seal. Any party wishing to file such information as part of a

motion, brief, appellate pleadings or brief, or related matter (unless otherwise agreed by the parties or ordered by the Court) shall contact the Court for such determination prior to filing.

4. **Return of Confidential Information.**  Upon the final determination of this action, including the expiration of time for any further appeals, whether by judgment, settlement, or otherwise:

a. Counsel for plaintiff shall either return to defendant all Confidential Information and all notes, memoranda, copies, abstracts, excerpts, or other items containing or based on Confidential Information within thirty (30) days;

b. All persons who received any Confidential Information shall return to defendant all copies of Confidential Information that are in the possession of such person(s), together with all notes, copies, abstracts, excerpts, memoranda, or other items containing or based on Confidential Information, and counsel for the designating party shall dispose of the documents and things in accordance with paragraph 2.a. above; and

c. Counsel for plaintiff shall confirm in writing that all Confidential Information, together with all notes, copies, abstracts, memoranda, excerpts, or other items containing or based on Confidential Information, have been returned to defendant in accordance with the terms of paragraphs 3.a. and 3.b. above.

5. **No Admission.**  Nothing in this Order shall be construed as an admission on the part of either party as to the relevance, authenticity, foundation, or admissibility of any document, material, transcript, or other information.

6. **Duration.**  The confidentiality obligations imposed by this Order shall remain in effect unless otherwise expressly ordered by the Court.

IT IS HEREBY ORDERED THIS 17th day of July, 2008.

_____
BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Kyle R. Wilson (89118)
Gary D. Marts, Jr. (2004116)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: kwilson@wlj.com

*Counsel for Defendants*

and

_____
Steven A. Owings
OWINGS LAW FIRM
1320 "D" Brookwood Drive
Little Rock, Arkansas 72202
(501) 661-9999
E-MAIL:  sowings@owingslawfirm.com

*Counsel for Plaintiff*