IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRAN M. KEATON                                                                                    PLAINTIFF

v.                                    CASE NO. 4:07-CV-00634 BSM

PROPERTY & CASUALTY INS.
COMPANY OF HARTFORD                                                                  DEFENDANT

## ORDER

Plaintiff's Motion To Seal Document Number 77 [Doc. # 96] is granted. The clerk's office is directed to remove Document Number 77 from the electronic filing and place it under seal.

IT IS SO ORDERED this 31st day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE