IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRAN M. KEATON                                                                                      PLAINTIFF

Vs                                    CASE NO.: 4:07CV00634 BSM

PROPERTY & CASUALTY INSURANCE COMPANY
OF HARTFORD                                                                                         DEFENDANT

### ORDER OF DISMISSAL

The parties having settled this matter during a settlement conference before Magistrate Judge J. Thomas Ray on October 16, 2008,

IT IS THEREFORE ORDERED that this action be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED this 24th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE